| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| LAW OFFICE OF PATRICK THOMAS SANTOS<br>PATRICK T. SANTOS (SBN 265982)<br>2029 CENTURY PARK E., STE. 400<br>LOS ANGELES, CA 90067<br>TEL. (310) 424-3050   \|   FAX (310) 424-3051<br>EMAIL: Patrick@callaw.net | |
| ATTORNEY(S) FOR: AAMIR WAHAB DENTAL CORP [...] | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO NATIONAL BANK WEST, a national banking association,<br><br>Plaintiff(s),<br>v.<br>AAMIR WAHAB DENTAL CORPORATION, a California Corporation d.b.a. UNFORGETTABLE SMILE; AAMIR WAHAB, an individual; and [...]<br>Defendant(s) | CASE NUMBER:<br><br>2:21-cv-00957-MWF-PVC<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Aamir Wahab; and Aamir Wahab Dental Corporation D/B/A Unforgettable Smile_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| AAMIR WAHAB | 100% Owner, no other parties or entities known. |

                                                          */s/ Patrick Santos*

| March 4, 2021 | |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):
 Aamir Wahab; and
 Aamir Wahab Dental Corporation D/B/A Unforgettable Smile