JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO NATIONAL BANK WEST, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>AAMIR WAHAB DENTAL CORPORATION, a California corporation, d/b/a UNFORGETTABLE SMILE; AAMIR WAHAB, an Individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00957-MWF-PVC<br>*Hon. Michael W. Fitzgerald*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Stipulation for Entry of Judgment between Plaintiff Wells Fargo Bank West, N.A. ("Wells Fargo") and Defendants Aamir Wahab Dental Corporation and Aamir Wahab, the Court enters Judgment in favor of Wells Fargo and against Aamir Wahab Dental Corporation and Aamir Wahab in the amount of $406,429.

---

[Proposed] Judgment
**Error! Unknown document property name.**

The liability of liability of Aamir Wahab Dental Corporation and Aamir Wahab under this judgment shall be joint and several.

Dated: December 22, 2021

_____
Hon. Michael W. Fitzgerald
United States District Court Judge